FILED

10/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0549

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 23-0549

STATE OF MONTANA,

　　　　Plaintiff and Appellee,

vs.

MATTHEW JASON WELCH,

　　　　Defendant and Appellant.

---

## GRANT

---

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until November 27, 2023, to prepare, file, and serve the Appellant's opening brief.